IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LAWRENCE FRANK WALKER, ) | |
| ) | |
| Plaintiff , ) | |
| ) | |
| v. ) | 4:10-CV-1380-LSC-PWG |
| ) | |
| NURSE GLENESE HARPER ) | |
| and DOCTOR JOSEPH WHITE, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 24, 2010, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. Plaintiff responded to the report and recommendation on July 1, 2010. Plaintiff's response indicates that he does not understand that he failed to provide the court with sufficient facts surrounding his treatment by Defendants for the court to find that they had been deliberately indifferent to his medical needs.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and Plaintiff's response, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be. A Final Judgment will be entered.

Done this 19th day of July 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671